Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff(s),<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ET AL<br><br>Defendant(s). | Case No: 4:15-cv-05622<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Michael J. Salmanson**, an active member in good standing of the bar of **Commonwealth of PA**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff** in the above-entitled action. My local co-counsel in this case is **Ronald Kravitz, Esquire**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Salmanson Goldshaw, P.C., Two Penn Center, Suite 1230, 1500 JFK Blvd., Phila., PA 19102 | Shepherd Finkelman Miller & Shah, One California St., Suite 900, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 640-0593 | (415) 429-5272 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| msalmans@salmangold.com | rkravitz@sfmslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **46707**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/09/15                                          /S/ Michael J. Salmanson
                                                                        APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Michael J. Salmanson** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/14/15                                          /s/ Kandis Westmore
                                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE