UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendants. | Case No.  15-cv-05622-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT** |

In consideration of the Stipulation submitted by the parties, and good cause shown, the Court HEREBY ORDERS that Plaintiff's deadline to file an amended Complaint be extended from March 14, 2016 to April 13, 2016, and that the Case Management Conference be continued from March 8, 2016 to __May 31__, 2016.

DATED: February 29, 2016

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

LA #4842-6107-4990 v1

- 1 -

CASE NO. 15-CV-05622-WHO
ORDER CONTINUING CMC AND DEADLINE TO FILE AMENDED COMPLAINT